1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
3  ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
   One Frank H. Ogawa Plaza, 6th Floor
4  Oakland, California  94612
   Telephone:  (510) 238-6392        Fax:  (510) 238-6500
5  27049/579181

6  Attorneys for Defendants
7  CITY OF OAKLAND, et al.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | LORENZO HALL,                        | Case No.  C-09-01047-MMC
12 |                                       |
   |         Plaintiff,                    | STIPULATION AND [PROPOSED]
13 |                                       | ORDER TO CONTINUE INITIAL
   |   v.                                  | CASE MANAGEMENT CONFERENCE
14 |                                       |
15 | CITY OF OAKLAND, a municipal corporation; |
   | RAMON ALCANTAR, individually, and in his |
16 | capacity as a police officer for the CITY OF |
   | OAKLAND; and, Oakland police officers DOES |
17 | 1-25, inclusive,                      |
18 |                                       |
   |         Defendants.                   |
19

20         It is hereby stipulated by the parties, through their respective counsel,
21 that the initial Case Management Conference presently scheduled for Friday, June 19,
22 2009 at 10:30 a.m. be continued to Friday, July 31, 2009 at 10:30 a.m.  The parties further
23 agree to file their Joint Case Management Statement with the Court no later than July 24,
24 2009, and to complete initial disclosures or state objection in Rule 26(f) report no later
25 than July 24, 2009.
26

1  Good cause exists for this continuance on the grounds that defense counsel
2  did not receive notice of reassignment of this case and of the upcoming initial case
3  management conference until June 4, 2009.  Additionally, the Office of the City Attorney
4  of Oakland will be closed on June 19, 2009 due to a mandatory business shutdown.

5  DATED:  June 11, 2009            OFFICE OF THE CITY ATTORNEY OF OAKLAND

7                                   By://s//ARLENE M. ROSEN
8                                        ARLENE M. ROSEN
                                         Senior Deputy City Attorney
9                                        Attorneys for Defendants
                                         CITY OF OAKLAND, et al.
10

11 DATED:  June 11, 2009            LAW OFFICES OF JOHN L. BURRIS
12

14                                   By: //s//BENJAMIN NISENBAUM
                                         BENJAMIN NISENBAUM
15                                       Attorneys for Plaintiff
                                         LORENZO HALL

17                                   [PROPOSED] ORDER

18      IT IS HEREBY ORDERED that the initial Case Management Conference in
19                                                                    August 7, 2009
   this matter, currently set for June 19, 2009 at 10:30 a.m.  is continued to ~~July 31, 2009~~ at
20
21 **10:30 a.m**.   The parties shall file a Joint Case Management Conference Statement and
                                   objection                          July 31, 2009.
22 serve Initial Disclosures or state ~~object~~ in Rule 26(f) report no later than ~~July 24, 2009.~~

23 DATED: June 12, 2009

                                     /s/ Maxine M. Chesney
                                     UNITED STATES DISTRICT JUDGE