```
 1  John J. Verber, CASB# 139917
    James Y. Higa, CASB# 225683
 2  BURNHAM BROWN
    A Professional Law Corporation
 3  P.O. Box 119
    Oakland, California 94604
 4  ---
    1901 Harrison Street, 11th Floor
 5  Oakland, California  94612
    Telephone:    (510) 444-6800
 6  Facsimile:    (510) 835-6666
    Email:        jverber@burnhambrown.com
 7                jhiga@burnhambrown.com

 8  Attorneys for Defendants
    CITY OF OAKLAND and RAMON ALCANTAR
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LORENZO HALL, | No. C09-01047-MMC |
|---|---|
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** AND ORDER THEREON |
| v. | |
| CITY OF OAKLAND, a municipal corporation; RAMON ALCANTAR, individually, and in his capacity as a police officer for the CITY OF OAKLAND; and, Oakland police officers DOES 1-25, inclusive, | Complaint Filed: March 10, 2009 Judge: Hon. Maxine Chesney |
| Defendants. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT CITY OF OAKLAND and RAMON ALCANTAR make the following substitution:

   1.   Former legal representative: John A. Russo, City Attorney, Arlene M. Rosen, Senior Deputy City Attorney, One Frank H. Ogawa Plaza, 6th Floor, Oakland, CA 94612, telephone: (510) 238-6392.

///

2. New legal representative: John J. Verber, James Y. Higa, Burnham | Brown, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, mailing address: P.O. Box 119. Oakland, CA 94604; telephone: (510) 444-6800.

3. The parties making this substitution are defendants.

I consent to this substitution:

DATE:_____, 2009.   CITY OF OAKLAND

By _____/s/_____
ARLENE M. ROSEN
Senior Deputy City Attorney

I consent to this substitution:

DATE:_____, 2009.   _____/s/_____
RAMON ALCANTAR

I consent to this substitution:

DATE:_____, 2009.   BURNHAM BROWN

By _____/s/_____
JAMES Y. HIGA

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) with this efiled document.

IT IS SO ORDERED.

DATE: _____September 29___, 2009

_____
MAXINE M. CHESNEY
JUDGE OF THE UNITED STATES DISTRICT COURT

955854

DEFS. CITY OF OAKLAND and RAMON ALCANTAR'S   NO. C-09-01047-MMC
SUBSTITUTION OF ATTORNEY