IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO HALL, | No. C-09-1047 MMC |
|     Plaintiff, | **ORDER DENYING STIPULATION TO CHANGE PRETRIAL ORDER** |
| v. | |
| CITY OF OAKLAND, et al., | |
|     Defendants. | |

      Before the Court is the parties' stipulation, filed April 22, 2010, to continue the trial in the above-titled action from September 13, 2010 to February 28, 2011, and for various extensions of all pretrial deadlines and dates in connection therewith.

      The asserted grounds are a trial in which counsel for the parties presently are engaged, and upcoming trials in which plaintiff's counsel anticipates he will be engaged during the month of April and "part of" the month of May 2010. (See Stipulation at 1:26 - 2:3.)

      The current trial date and pretrial schedule herein were set at a Case Management Conference conducted on August 7, 2009, well over a year before the scheduled trial date; counsel for both parties appeared at that time and no party voiced any concern about or identified any conflict with the dates selected. Nor have the parties made any showing as to their diligence in conducting discovery in the months prior to the filing of the instant

1  stipulation.

2  Accordingly, good cause not having been shown, the stipulation is hereby DENIED.

3  **IT IS SO ORDERED.**

4  Dated: April 26, 2010

5  _____
MAXINE M. CHESNEY
United States District Judge

2