John J. Verber, State Bar No. 139917
Aimee Hamoy-Perera, State Bar No. 221228
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666
Email:       jverber@burnhambrown.com
             ahamoy-perera@burnhambrown.com

Attorneys for Defendant
RAMON ALCANTAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORENZO HALL,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; RAMON ALCANTAR, individually, and in his capacity as a police officer for the CITY OF OAKLAND; and, Oakland police officers DOES 1-25, inclusive,<br><br>        Defendants. | No. C09-01047-MMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE**<br><br><br>Complaint Filed: March 10, 2009<br>Judge: Hon. Maxine Chesney |

       WHEREAS, this Court previously set a Court-ordered settlement conference for May 4, 2010.

       WHEREAS, Plaintiff's counsel has been unexpectedly unavailable due to trial commitments and therefore the parties have been unable to complete discovery that would allow for meaningful settlement discussions,

1

1  WHEREAS the parties are scheduling depositions during the month of May 2010,

2  THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

3  RECORD, DO HEREBY STIPULATE, AGREE AND RESPECTFULLY SUBMIT TO THE

4  COURT THAT:

5  The date for Settlement Conference be continued.  The parties are available for

6  Settlement Conference after June 14, 2010, or such other time as the Court deems appropriate.

7  IT IS SO STIPULATED.

8  
9  DATED: April 29, 2010                    BURNHAM BROWN

10 
11                                          By _____/s/ John Verber_____
                                               JOHN J. VERBER
12                                             Attorneys for Defendant
                                               RAMON ALCANTAR
13 
14 DATED: April 30, 2010_____

15                                          By _____/s/ Arlene Rosen_____
                                               ARLENE ROSEN
16                                             Attorneys for Defendant
                                               CITY OF OAKLAND
17 
18 DATED: _____             LAW OFFICES OF JOHN BURRIS

19 
20                                          By _____
                                               BENJAMIN NISENBAUM
21                                             Attorneys for Defendant
                                               LORENZO HALL
22 

23 PURSUANT TO STIPULATION, IT IS SO ORDERED:

24 
25 DATED: _____
                                            _____
26                                          HONORABLE JAMES LARSON
                                            United States District Judge
27 1005122
28 

2

STIPULATION AND PROPOSED ORDER TO                              Case No. C09-01047 MMC
CONTINUE SETTLEMENT CONFERENCE DATE

1  WHEREAS the parties are scheduling depositions during the month of May 2010,

2  THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

3  RECORD, DO HEREBY STIPULATE, AGREE AND RESPECTFULLY SUBMIT TO THE

4  COURT THAT:

5  The date for Settlement Conference be continued. The parties are available for

6  Settlement Conference after ~~June 14, 2010,~~ June 29, 2010 or such other time as the Court deems appropriate.

7  IT IS SO STIPULATED.

8  DATED: April 29, 2010              BURNHAM BROWN

10                                    By   /s/ John Verber
11                                         JOHN J. VERBER
                                           Attorneys for Defendant
12                                         RAMON ALCANTAR

13
14  DATED: _____

                                      By _____
15                                         ARLENE ROSEN
                                           Attorneys for Defendant
16                                         CITY OF OAKLAND

17
18  DATED: 4/29/10                    LAW OFFICES OF JOHN BURRIS

19
20                                    By _____
                                           BENJAMIN NISENBAUM
21                                         Attorneys for Defendant
                                           LORENZO HALL
22

23  PURSUANT TO STIPULATION, IT IS SO ORDERED:
    Settlement Conference has been continued to June 29, 2010 at 2:00 p.m.
24

25  DATED: May 3, 2010
                                           HONORABLE JAMES LARSON
26                                         United States District Judge

27  1005122

28                                              2
                                                                            Case No. C09-01047 MMC
    STIPULATION AND PROPOSED ORDER TO
    CONTINUE SETTLEMENT CONFERENCE DATE