JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - state Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - state Bar #121266
ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-6392          Fax:  (510) 238-6500
27049/686250

Attorneys for Defendants
CITY OF OAKLAND, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO HALL,<br><br>           Plaintiff,<br><br>      v.<br><br>CITY OF OAKLAND, a municipal corporation; RAMON ALCANTAR, individually, and in his capacity as a police officer for the CITY OF OAKLAND; and, Oakland police officers DOES 1-25, inclusive,<br><br>           Defendants. | Case No.  C-09-01047-MMC<br><br>**DEFENDANT CITY OF OAKLAND'S EX PARTE APPLICATION FOR ORDER GRANTING COUNSEL LEAVE TO BRING ELECTRONIC AND RELATED EQUIPMENT INTO THE COURTROOM FOR TRIAL 9/13/10 THROUGH CONCLUSION; [PROPOSED] ORDER THEREON**<br><br>Trial Date:    September 13, 2010<br>Courtroom:    7, 19th Floor |

I, ARLENE M. ROSEN, declare:

1.     I am an attorney licensed to practice before all courts in the State of California and the above-captioned Court. I am a Senior Deputy City Attorney with the Office of the City Attorney of Oakland, attorney of record for defendant City of Oakland in this action.

2.     Defendant City's counsel requests that defendant be permitted to bring the

following equipment into Courtroom 7, United States District Court, Northern District of California, 450 Golden Gate Avenue, 19th Floor, San Francisco, California 94102 for the duration of the trial in the above-entitled action, set to commence on September 13, 2010:

1. Digital voice recorder/player;

2. Tape recorder/player;

3. CD Rom/DVD player and speakers.

Said equipment will be used only for the purpose of demonstrative, evidentiary and/or other appropriate purposes as allowed by the Court during the course of the trial.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of August, 2010 at Oakland, California.

_____/S/_____
ARLENE M. ROSEN

## ORDER

Having considered the ex parte application above, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant's counsel shall have leave to bring the following equipment to the trial of the above-captioned matter, to be held in Courtroom 7, United States District Court, 450 Golden Gate Avenue, 19th Floor, San Francisco, California, for the duration of the trial:

1. Digital voice recorder/player;

2. Tape recorder/player;

2
DEFENDANT CITY OF OAKLAND'S EX PARTE APPLICATION
FOR ORDER GRANTING COUNSEL LEAVE TO BRING ELECTRONIC AND
RELATED EQUIPMENT INTO THE COURTROOM FOR TRIAL

C09-01047 MMC

3. CD Rom/DVD player and speakers.

This order shall remain in effect until the conclusion of the trial.

**IT IS SO ORDERED.**

DATED: August 9, 2010

_____
UNITED STATES DISTRICT JUDGE

3
DEFENDANT CITY OF OAKLAND'S EX PARTE APPLICATION
FOR ORDER GRANTING COUNSEL LEAVE TO BRING ELECTRONIC AND
RELATED EQUIPMENT INTO THE COURTROOM FOR TRIAL

C09-01047 MMC