1   John J. Verber, State Bar No. 139917
    Aimee Hamoy-Perera, State Bar No. 221228
2   BURNHAM BROWN
    A Professional Law Corporation
3   P.O. Box 119
    Oakland, California 94604
4   ---
    1901 Harrison Street, 11th Floor
5   Oakland, California 94612
    Telephone:    (510) 444-6800
6   Facsimile:    (510) 835-6666
    Email:        jverber@burnhambrown.com
7                 ahamoy-perera@burnhambrown.com

8
    Attorneys for Defendant
9   RAMON ALCANTAR

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  LORENZO HALL,                        No. 3:09-cv-01047-MMC

15              Plaintiff,               **STIPULATION AND** ~~PROPOSED~~
                                         **ORDER TO CONTINUE TRIAL**
16  v.

17  CITY OF OAKLAND, a municipal
    corporation; RAMON ALCANTAR,         Complaint Filed:  March 10, 2009
18  individually, and in his capacity as a police   Trial Date:  September 13, 2010
    officer for the CITY OF OAKLAND; and,   Judge:  Hon. Maxine Chesney
19  Oakland police officers DOES 1-25,
    inclusive,
20
                Defendants.
21

22

23          PLEASE TAKE NOTICE that all parties to the above action hereby formally stipulate,

24  agree, and request a continuance of the trial for two weeks from September 13, 2010 to

25  September 27, 2010.  Good cause exists for this short continuance as trial counsel for defendant

26  Ramon Alcantar will be undergoing surgery on August 31, 2010 and this continuance will afford

27  counsel sufficient recovery time before proceeding with the jury trial in this case.

28

1    In addition, Plaintiff's counsel is scheduled for jury trial with Judge Hamilton, starting on

2    August 30, 2010.  This other trial originally would have been completed by the September 13,

3    2010 date, however, intervening holidays create the possibility that Plaintiff's counsel's prior

4    trial engagement would necessitate a brief continuance of the trial date in this matter.

5    Based on the foregoing, all parties stipulate to a two week continuance of the trial date

6    from September 13, 2010 to September 27, 2010.

7    IT IS SO STIPULATED.

8    DATED:                                    BURNHAM BROWN

9

10                                             By /s/
                                                  JOHN J. VERBER
11                                                Attorneys for Defendant
                                                  RAMON ALCANTAR
12

13   DATED:  _____

14                                             By /s/
                                                  ARLENE ROSEN
15                                                Attorneys for Defendant
                                                  CITY OF OAKLAND
16

17   DATED:  _____        LAW OFFICES OF JOHN BURRIS

18                                             By /s/
                                                  BENJAMIN NISENBAUM
19                                                Attorneys for Plaintiff
                                                  LORENZO HALL
20

21

22   PURSUANT TO STIPULATION, IT IS SO ORDERED:

23
     DATED:    August 13, 2010
24                                             _____
                                               HONORABLE MAXINE CHESNEY
25                                             United States District Judge

26   1024500

27

28

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE TRIAL DATE        No. 3:09-cv-01047 MMC