IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO HALL,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND, et al.,<br><br>  Defendants. | No. C-09-1047 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   Before the Court is the parties' Joint Case Management Statement, filed January 6, 2011, in which the parties report they have reached a settlement of the above-titled action, subject to approval by the Oakland City Council at a session currently scheduled for January 18, 2011.

   In light of the above, the Case Management Conference is hereby CONTINUED from January 14, 2011 to March 11, 2011; a Joint Statement shall be filed no later than March 4, 2011.

   **IT IS SO ORDERED.**

Dated: January 7, 2011

                                              MAXINE M. CHESNEY
                                              United States District Judge